**FILED**
JAN 22 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06CR02673-WQH |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| **JULIO CESAR RUIZ,** | ) | |
| Defendant. | ) | |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that: *Until 3/13/07*

The government preserve the following evidence ~~during the pendency of this case~~: the vehicle seized in this case, any and all of the vehicle's parts, including those which may have been removed or taken off the body of the vehicle, all of the contents of the vehicle and any personal effects taken from Mr. Ruiz. Further, that all government agencies and private contractors having custody of such evidence be notified of this preservation order and that defense counsel and/or their agents and investigators be granted access to the vehicle.

**SO ORDERED.**

DATED: 1/22/07

HONORABLE WILLIAM Q. HAYES
United States District Court Judge