

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> **JULIO CESAR RUIZ,** <br><br> Defendant. | Case: 06CR02673-WQH <br><br> Date: January 22, 2007 <br> Time: 2:00 p.m. <br><br> **ORDER TO PRESERVE AND RE-WEIGH NARCOTIC EVIDENCE** |

**IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorney and his agents, for examination ~~and weighing~~ won't, the drugs seized in the above-referenced case. The government and its agents are further ordered not to destroy, transfer, or otherwise dispose of the drugs prior to their weighing, without emergency application to this Court, notice to Mr. Ruiz, and an opportunity to respond.

**SO ORDERED.**

Dated: 1/22/07

HONORABLE WILLIAM Q. HAYES
U.S. District Court Judge

06CR02673-WQH